**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RODNEY O'NEAL                                                                                               PLAINTIFF

v.                                    No. 3:16CV00052 JLH (LEAD)

BNSF RAILWAY COMPANY                                                                          DEFENDANT
**************************************************

MARY O'NEAL                                                                                                  PLAINTIFF

v.                                    No. 3:16CV00053 JLH

BNSF RAILWAY COMPANY                                                                          DEFENDANT

## ORDER

BNSF Railway Company's unopposed motion to consolidate Case No. 3:16CV00053 with Case No. 3:16CV00052 is GRANTED. Document #7. Case No. 3:16CV00052 will be the lead case. The initial scheduling order filed in Case No. 3:16CV00052 (Document #5) will be the initial scheduling order for both cases. All motions, briefs, and other papers should be filed in Case No. 3:16CV00052.

IT IS SO ORDERED this 4th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE